# EXHIBIT A

Case 1:25-cv-10524-KPF   Document 1-1   Filed 12/18/25   Page 2 of 4



# CURRENT

VENUE DETAILS



THE
PIER SIXTY
COLLECTION

PIER SIXTY | THE LIGHTHOUSE | CURRENT

+1 (212) 336-6060

events@piersixty.com

Current
Pier 59 Chelsea Piers
New York, NY 10011



**Pier Sixty**
Pier 60 Chelsea Piers
New York, NY 10011

**The Lighthouse**
Pier 61 Chelsea Piers
New York, NY 10011

## Join Our Newsletter

Email Address:

SUBMIT

Career Opportunities

Accessibility

Privacy Policy