# EXHIBIT B

**PIER SIXTY LLC | Active**

## Premises Details

| | |
|---|---|
| Premises Name | PIER SIXTY LLC |
| License ID | 0346-21-114819 |
| Legacy Serial No. | 1022653 |
| Category | On Premises Liquor |
| Description | Catering Establishment |
| Address | 61 CHELSEA PIERS<br>NEW YORK, New York 10011<br>New York County |

## License Details

| | |
|---|---|
| Lic Type | 1 |
| Lic Class | 346 |
| # of Additional Bars | 0 |
| Lic Exp Date | 11/30/2025 |
| Lic Eff Date | 12/1/2023 |
| Lic Iss Date | 11/13/2023 |
| Lic Org Date | 11/13/2023 |
| Status | Active |

## Principal(s)

Kirsch, James
Kirsch, Abigail
Aweruch, Alison
Betts, Roland
Bernstein, Tom
Tewksbury, David
Ak Pier Sixty, Llc
N River Operating&successor,

Zoom to

## PIER SIXTY LLC | Active

### Premises Details

| | |
|---|---|
| Premises Name | PIER SIXTY LLC |
| License ID | 0346-23-125400 |
| Legacy Serial No. | 1022654 |
| Category | On Premises Liquor |
| Description | Catering Establishment |
| Address | 60 CHELSEA PIERS<br>NEW YORK, NY 10011<br>New York County |

### License Details

| | |
|---|---|
| Lic Type | 1 |
| Lic Class | 346 |
| # of Additional Bars | 0 |
| Lic Exp Date | 8/31/2027 |
| Lic Eff Date | 9/1/2025 |
| Lic Iss Date | 8/11/2025 |
| Lic Org Date | 8/11/2025 |
| Status | Active |

### Principal(s)

Bernstein, Tom A.
Tewksbury, David
Kirsch, James A.
Betts, Roland W.
Aweruch, Alison
Kirsch, Abigail
Ak Pier Sixty, Llc
North River Operating Com, Lp

Zoom to    •••

**PIER SIXTY LLC | Active**

## Premises Details

| | |
|---|---|
| Premises Name | PIER SIXTY LLC |
| DBA | CURRENT |
| License ID | 0346-23-126518 |
| Legacy Serial No. | 1283660 |
| Category | On Premises Liquor |
| Description | Catering Establishment |
| Address | 59 CHELSEA PIERS<br>GROUND FLOOR & MEZZANINE<br>NEW YORK, New York 10011<br>New York County |

## License Details

| | |
|---|---|
| Lic Type | 1 |
| Lic Class | 346 |
| # of Additional Bars | 2 |
| Lic Exp Date | 3/31/2027 |
| Lic Eff Date | 4/1/2025 |
| Lic Iss Date | 3/13/2025 |
| Lic Org Date | 3/13/2025 |
| Status | Active |

## Principal(s)

Kirsch, Abigail
Kirsch, James
Aweruch, Alison
Betts, Roland
Bernstein, Tom
Tewksbury, David
Ak Pier Sixty, Llc

Zoom to                                                                ...