# EXHIBIT C

🛑 Emails aren't getting through to one of your email addresses. Please **update or confirm** your email. **More info**



in    🔍              🏠 Home   👥 My Network   💼 Jobs   💬 Messaging   🔔 Notifications   L Me ▾   |   For Business ▾   Try Premium

## Paul Gallen 🛡

President The Pier Sixty Collection

- The Pier Sixty Collection

- Shannon College of Hotel Management

New York, New York, United States • **Contact info**

**500+** connections

**Message**    **+ Follow**    **More**

---

### Activity

2,125 followers

Paul Gallen commented on a post • 3w

Congrats Paul and best of luck in your new role!

Paul Gallen commented on a post • 3mo

Congrats Seamus! Very well done. 👏

Paul Gallen commented on a post • 4mo

Congrats Jeroen! 🎉

Show all comments →

---

### Experience



**President**
The Pier Sixty Collection
Aug 2012 - Present · 13 yrs 3 mos
Chelsea Piers, New York, NY

**Assistant Director of Catering Sales**
New York Hilton Midtown
Feb 2007 - Aug 2012 · 5 yrs 7 mos
New York, United States

**Waldorf Astoria New York**
3 yrs 4 mos

**Assistant Director of Food & Beverage**
Sep 2005 - Feb 2007 · 1 yr 6 mos





PAUL GALLEN

President

MATT TISCORNIA

Executive Chef

# IRISH AMERICA

**MAGAZINE • EST. 1985**

| HOME | WHO WE ARE | IN THIS ISSUE | HALL OF FAME | THE LISTS | LIBRARY | TRAVEL | EVENTS | 🔍 |

**Business 100 – 2019**



# Paul Gallen

Born and bred in Dublin, Ireland, Paul Gallen is the general manager of Pier Sixty LLC at Chelsea Piers, a collection of three of New York's premier event venues located on the Hudson River well known for their high quality hospitality. He has been responsible for the day-to-day management of this multivenue catering and events operation since 2012. With 25 years of executive leadership in the New York hospitality industry, Paul's commitment to talent development at all levels has garnered him key positions at the Plaza Hotel, the American Museum of Natural History, and the Waldorf-Astoria. A champion of first-class customer service and satisfaction, Paul is known for fostering an environment of accountability to drive excellence. Paul obtained a degree in International Hotel Management and Business Studies from the Shannon College of Hotel Management in Ireland, and later completed a professional development program at Cornell University.Some of Paul's proudest moments over the course of his career have been the opportunities to work with and support important Irish-American organizations including the Ireland Funds, *Irish America* magazine, Irish

Case 1:25-cv-10524-KPF    Document 13    Filed 12/18/25    Page 5 of 5

Home          Episodes          About          FOLLOW



▶ Play

# The Profitable Table Fed by Woolco Foods

## Boosting Revenue with Private Events in the Hospitality Industry

Season 2, Ep. 7 · Tuesday, January 31, 2023

Making private events profitable is imperative for any business in the hospitality industry. Host Steven Toboroff, CEO of Woolco Foods, discusses with Paul Gallen, the President of The Pier Sixty Collection at Chelsea Piers, the importance of customer retention through communication, attentiveness, and loyalty with each event. Listen now to the latest episode of The Profitable Table!

▲Show less

 RSS



The Profitable Table Fed by Woolco Foods          ⇗ Share    ＋Follow    **Acast**

**Boosting Revenue with Private Events in the Hospitality Industry**

▶ January 31, 2023 · 28 min · Listen later

View terms