# EXHIBIT F

 If you are unable to complete this application due to a disability, contact this employer to ask for an accommodation or an alternative application process.

### Stewarding Manager
Regular Full-Time
New York, NY, US

*30+ days ago*
Requisition ID: 1076

**Salary Range:**
$70,000.00 To $75,000.00 Annually

Job Summary: Responsible for the hiring, supervision and training of all stewarding personnel. Responsible for ensuring that all event venues have the proper equipment and supplies. Inspects all kitchen and back of the house food and beverage areas to ensure premises and equipment are clean and free from safety hazards. Supervises ongoing equipment inventory of all china, glass, silver and other essential food and beverage equipment. Conducts inventories.

Essential Duties and Responsibilities:

- Hire, train, supervise, discipline, schedule and participate in in activities of stewarding team alongside Executive Steward including counseling, discipline, training and direction.
- Ensure that all venues have the proper equipment and supplies and that the food is delivered to and from the kitchen in a timely and proper manner for service.
- Oversee and follow up on all sanitation standards and procedures. Along with Executive Steward, ensure proper implementation of NYC Dept. of Health requirements and ordinances and CDC sanitation guidelines to ensure a clear and safe work environment.
- Enforce safety procedures and cleanliness standards throughout kitchen(s) including walk-in and reach-in boxes
- Assist with maintaining labor costs and labor budget
- Assist in the transport of perishable and non-perishable assets between the venues and other locations; to include off premises.
- Maintain control over inventory of China, glass and silver and maintain the supply of necessary equipment to all venue.
- Assist with requisitioning equipment for events and responsible for ensuring food service equipment is secure and maintained in proper order. Oversee Security procedures for back of hose.
- Manage flow of activity in the kitchen during production and during events
- Communicate with outside vendors when required.
- Assist the culinary department in plating out during sit-down dinners as well with setting up family-meals.
- Special projects and assignments for continuous improvement.
- Travel, as necessary, to different properties/venues
- Keep work area clean and well organized
- Attend and participate in all scheduled meetings and training sessions.
- Perform all reasonable requests by the management team.

Back    Apply

Required Qualifications, Skills and Abilities

- High School graduate or equivalent required.
- At least three years' experience in related field required. Hospitality experience required. Must have experience in directly supervising employees.
- New York City Food Handlers Certification or related food safety training knowledge preferred.
- Must be able to obtain state health department certificate for food safety, sanitation. to include NYC Department of Health and Mental Hygiene Certificate of Food Protection
- CPR/First Aid certification preferred
- Excellent knowledge of cleanliness and sanitation standards, kitchen equipment, supplies and essentials.
- Ability to count service ware during Big Four inventory.
- Ability to operate computer in a Windows environment, including Word and Excel.
- Excellent communication and interpersonal skills to provide overall guest satisfaction.
- Ability to work under pressure and deal with stressful situations during busy periods.
- Ability to analyze, forecast, and make judgments to ensure proper payroll and production control.
- Ability to supervise a large staff and accomplish goals on a timely basis.
- Effectively conduct meetings and maintain communication lines between team members and management personnel.
- Excellent verbal and written communication skills, including ability to read, write, and speak the English language in order to effectively communicate with internal and external customers and communicate job functions.
- Ability to effectively deal with external and internal customers and ability to collect accurate information from these customers to resolve conflicts.
- Ability to direct subordinates to complete assigned tasks as well as assist in performing tasks that are normally delegated to subordinates.
- Excellent knowledge in leading and supervising teams to ensure guest satisfaction.
- Excellent knowledge of operating a dishwasher
- Excellent working knowledge of standards of sanitation and cleaning.
- Must be able to work under pressure and meet deadlines, while maintaining a positive attitude
- Must have a positive attitude about service, teamwork, and motivation to go above and beyond
- Ability to work independently or in a team setting
- If Driver License acquired, must ensure safe driving and transport of food, beverage and paper products and must adhere to annual driver license background checks to ensure validity for driving.
- Able to work flexible schedule in order to accommodate business levels.

Physical Requirements:

- Ability to safely and successfully perform the essential job functions, including meeting productivity standards.
- Ability to read, write, speak English to comprehend and communicate job functions.
- Ability to safely operate complex food preparation machinery.
- Ability to maintain regular, punctual attendance
- Must be able to lift and carry up to 50 lbs. and push up to 100 lbs.
- Ability to stand, bend, stoop on a consistent basis
- Ability to work in confined spaces.
- Ability to perform duties within extreme temperature ranges.
- If Driver License acquired, must ensure safe driving and transport of food, beverage and paper products and must adhere to annual driver license background checks to ensure validity for driving
- Sufficient manual dexterity of hand in order to load and unload the dishwasher, handle all sorts of kitchen equipment, knives, slicing blades, trash removal, breaking down boxes and other tasks as directed.

**Back**    **Apply**

Other Responsibilities:

- Always practice our Pier Sixty Fundamentals and live our company Core Values
- Maintain professional appearance and behavior when in contact with guests and team members.
- Arrive to work in a perfect uniform and excellent hygiene
- Know and follow all Pier Sixty emergency, safety and health procedures.
- Follow Policies and Procedures in training manuals and Team Member handbook,
- Follow proper time keeping policies and procedures
- Follow the sign in and out procedure for keys as necessary

Copyright © 2025, ADP, Inc. All rights reserved.

Powered by ADP

Privacy  |  Legal  |  Requirements  |  Artificial Intelligence

Back        Apply



**Current Openings (9 of 9)**

| Search | Location | Job Type | |
|---|---|---|---|
| Job Title, Skills, etc. | Select Location | Select Job Type | Search |

**People & Culture Manager**
New York, NY, US
*Yesterday*

**Guest Services Agent (Part-Time)**
New York, NY, US
*30+ days ago*

**STAFF ACCOUNTANT**
New York, NY, US
*30+ days ago*

**HOUSEMEN**
New York, NY, US
*30+ days ago*

**Kitchen Crew Leader**
New York, NY, US
*30+ days ago*

**Prep Cook (Part- Time)**
New York, NY, US
*30+ days ago*

**Public Space Housekeeper/ Restroom Attendant ( Overnight)**
New York, NY, US
*30+ days ago*

**Stewarding Manager**
New York, NY, US
*30+ days ago*

**Warewasher**
New York, NY, US
*30+ days ago*

Copyright © 2025, ADP, Inc. All rights reserved.