# EXHIBIT G



< Share →

If you are unable to complete this application due to a disability, contact this employer to ask for an accommodation or an alternative application process.

## Stewarding Manager

Regular Full-Time
New York, NY, US

*30+ days ago*
Requisition ID: 1076

**Salary Range:**
$70,000.00 To $75,000.00 Annually

Job Summary: Responsible for the hiring, supervision and training of all stewarding personnel. Responsible for ensuring that all event venues have the proper equipment and supplies. Inspects all kitchen and back of the house food and beverage areas to ensure premises and equipment are clean and free from safety hazards. Supervises ongoing equipment inventory of all china, glass, silver and other essential food and beverage equipment. Conducts inventories.

Essential Duties and Responsibilities:

- Hire, train, supervise, discipline, schedule and participate in in activities of stewarding team alongside Executive Steward including counseling, discipline, training and direction.
- Ensure that all venues have the proper equipment and supplies and that the food is delivered to and from the kitchen in a timely and proper manner for service.
- Oversee and follow up on all sanitation standards and procedures. Along with Executive Steward, ensure proper implementation of NYC Dept. of Health requirements and ordinances and CDC sanitation guidelines to ensure a clear and safe work environment.
- Enforce safety procedures and cleanliness standards throughout kitchen(s) including walk-in and reach-in boxes
- Assist with maintaining labor costs and labor budget
- Assist in the transport of perishable and non-perishable assets between the venues and other locations; to include off premises.
- Maintain control over inventory of China, glass and silver and maintain the supply of necessary equipment to all venue.
- Assist with requisitioning equipment for events and responsible for ensuring food service equipment is secure and maintained in proper order. Oversee Security procedures for back of hose.
- Manage flow of activity in the kitchen during production and during events
- Communicate with outside vendors when required.
- Assist the culinary department in plating out during sit-down dinners as well with setting up family-meals.
- Special projects and assignments for continuous improvement.
- Travel, as necessary, to different properties/venues
- Keep work area clean and well organized
- Attend and participate in all scheduled meetings and training sessions.
-  Perform all reasonable requests by the management team.

Back    Apply

**Required Qualifications, Skills and Abilities**

- High School graduate or equivalent required.
- At least three years' experience in related field required. Hospitality experience required. Must have experience in directly supervising employees.
- New York City Food Handlers Certification or related food safety training knowledge preferred.
- Must be able to obtain state health department certificate for food safety, sanitation. to include NYC Department of Health and Mental Hygiene Certificate of Food Protection
- CPR/First Aid certification preferred
- Excellent knowledge of cleanliness and sanitation standards, kitchen equipment, supplies and essentials.
- Ability to count service ware during Big Four inventory.
- Ability to operate computer in a Windows environment, including Word and Excel.
- Excellent communication and interpersonal skills to provide overall guest satisfaction.
- Ability to work under pressure and deal with stressful situations during busy periods.
- Ability to analyze, forecast, and make judgments to ensure proper payroll and production control.
- Ability to supervise a large staff and accomplish goals on a timely basis.
- Effectively conduct meetings and maintain communication lines between team members and management personnel.
- Excellent verbal and written communication skills, including ability to read, write, and speak the English language in order to effectively communicate with internal and external customers and communicate job functions.
- Ability to effectively deal with external and internal customers and ability to collect accurate information from these customers to resolve conflicts.
- Ability to direct subordinates to complete assigned tasks as well as assist in performing tasks that are normally delegated to subordinates.
- Excellent knowledge in leading and supervising teams to ensure guest satisfaction.
- Excellent knowledge of operating a dishwasher
- Excellent working knowledge of standards of sanitation and cleaning.
- Must be able to work under pressure and meet deadlines, while maintaining a positive attitude
- Must have a positive attitude about service, teamwork, and motivation to go above and beyond
- Ability to work independently or in a team setting
- If Driver License acquired, must ensure safe driving and transport of food, beverage and paper products and must adhere to annual driver license background checks to ensure validity for driving.
- Able to work flexible schedule in order to accommodate business levels.

**Physical Requirements:**

- Ability to safely and successfully perform the essential job functions, including meeting productivity standards.
- Ability to read, write, speak English to comprehend and communicate job functions.
- Ability to safely operate complex food preparation machinery.
- Ability to maintain regular, punctual attendance
- Must be able to lift and carry up to 50 lbs. and push up to 100 lbs.
- Ability to stand, bend, stoop on a consistent basis
- Ability to work in confined spaces.
- Ability to perform duties within extreme temperature ranges.
- If Driver License acquired, must ensure safe driving and transport of food, beverage and paper products and must adhere to annual driver license background checks to ensure validity for driving
- Sufficient manual dexterity of hand in order to load and unload the dishwasher, handle all sorts of kitchen equipment, knives, slicing blades, trash removal, breaking down boxes and other tasks as directed.

**Back**    **Apply**

Other Responsibilities:

- Always practice our Pier Sixty Fundamentals and live our company Core Values
- Maintain professional appearance and behavior when in contact with guests and team members.
- Arrive to work in a perfect uniform and excellent hygiene
- Know and follow all Pier Sixty emergency, safety and health procedures.
- Follow Policies and Procedures in training manuals and Team Member handbook,
- Follow proper time keeping policies and procedures
- Follow the sign in and out procedure for keys as necessary

Copyright © 2025, ADP, Inc. All rights reserved.

Powered by ADP

Privacy   |   Legal   |   Requirements   |   Artificial Intelligence

Back      Apply





 If you are unable to complete this application due to a disability, contact this employer to ask for an accommodation or an alternative application process.

# Kitchen Crew Leader

Regular Full-Time
New York, NY, US

*30+ days ago*
Requisition ID: 1079

**Salary Range:**
$26.00 To $30.00 Hourly

Job Summary: Responsible for maintaining and setting up food production and quality control of all meat, fish, fowl, sauces, stocks, seasoning hors d'oeuvres and all other food items prepared in the different kitchen stations and venues.

Essential Duties and Responsibilities:

- Prepares all food items according to standard recipes to ensure consistency of product to the guest.
- Visually inspects, selects and uses only food items ideal cooking, in preparation of all menu items.
- Checks and controls the proper storage of products, monitoring age and condition of all food items to rotate and maintain highest quality.
- Keeps all refrigeration equipment, storage and working areas clean and clutter free, complying with Health department regulations.
- Reads and employs math skills to follow recipes.
- Trains newly hired prep cooks and lead cooks to meet standards laid out in job description.
- Leads and directs culinary team in the absence of a Sous Chef
- Coordinates end of shift breakdown and cleaning.
- Travel, as necessary, to different properties/venues
- Assist coworkers with completion of assignments when needed
- Keep work area clean and well organized
- Attend and participate in all scheduled meetings and training sessions.
- Perform all reasonable requests by the management team.

Back    Apply

Required Qualifications, Skills and Abilities

- Any combination of education, training or experience that provides the required knowledge, skills and abilities.
- High school diploma required.
-  Culinary or Apprenticeship program required.
- Five or more years' cooking experience required.
- Prior catering cooking experience required
- Ability to obtain any government required licenses or certificates.
- Great working knowledge of the fundamentals of the broiler, sauté, fry, roast, moist heat and other cooking methods.
- Great working knowledge of accepted standards of sanitation.
- Great knowledge of operating all kitchen equipment, i.e., stoves, ovens, broilers, steamers, kettles, etc.
- Basic mathematical skills necessary to understand recipes, measurements, requisition amounts and portion sizes.
- Ability to read, write, and speak the English language to read recipes and communicate with internal and external guests.
- Must be able to work under pressure and meet deadlines, while maintaining a positive attitude and providing exemplary customer service.
- Ability to work independently or in a team setting
- Ability to communicate effectively with Team Members, management, clients and vendors if necessary.
- Ability to obtain Food Service Sanitation certificates.
- Able to work flexible schedule to accommodate business levels.

Physical Requirements:

- Ability to safely and successfully perform the essential job functions, including meeting productivity standards.
- Ability to maintain regular, punctual attendance
- Must be able to lift and carry up to 50 lbs
- Must be able to talk, listen and speak clearly
- Ability to stand, bend, stoop on a consistent basis
- Sufficient manual dexterity of hand in order to use all kitchen equipment, i.e., knives, spoons, spatulas, tongs, slices, etc.

Other Responsibilities:

- Always practice our Fundamentals.
- Maintain professional appearance and behavior when in contact with guests and team members.
- Arrive to work in a perfect uniform and excellent hygiene
- Know and follow all Pier Sixty emergency, safety and health procedures.
- Follow policies and Procedures in training manuals and Team Member handbook
- Follow proper time keeping policies and procedures
- Follow the sign in and out procedure for keys as necessary

Copyright © 2025, ADP, Inc. All rights reserved.

Back    Apply

Case 1:25-cv-10524-KPF     Document 1-7     Filed 12/18/25     Page 7 of 15



< Share →

 If you are unable to complete this application due to a disability, contact this employer to ask for an accommodation or an alternative application process.

## Guest Services Agent (Part-Time)

Regular Part-Time
New York, NY, US

*30+ days ago*
Requisition ID: 1085

**Salary Range:**
$19.00 To $22.00 Hourly

Job Summary: The Guest Services Agent provides the first impression of service to the Piers and must wow in service and behavior. Responsible for meeting, greeting and welcoming guests, prospective guests, applicants, team members, vendors and members of the public to Pier Sixty and the Lighthouse. The Guest Services Agent acts as a liaison between the clients and guests, and, the sales and banquet departments. They are also responsible assisting clients and guests with black cars, limos and buses during events as well as coordinating valet parking during events as needed and directed.
**This position is a Part-Time Role primarily based on weekday evenings and weekends.**

Essential Duties and Responsibilities:

- Welcome all guests with a smile and enthusiasm during events
- Provide assistance to any requests for guests and clients
- Answer all phone calls and transfer calls to the appropriate extensions
- Assist guests with valet parking, shuttle bus service and car service needs during events
- Consolidate packages and coordinate pickups for items for each event
- Coordinate guest parking including supervision of valet staff, bus and black car drivers.
- Work closely with Chelsea Piers Guest Services Staff with regards to parking and transportation needs to include safety measures are met for all.

Required Qualifications, Skills and Abilities

- High School graduate or equivalent preferred
- Prior hospitality/events front service experience preferred.
- Good working knowledge of the black car, valet and bus industries preferred
- One-year customer service / customer contact in an equivalent position preferred
- Strong organizational skills
- Excellent verbal and written communication skills, including ability to read, write, and speak the English language in order to effectively communicate with internal and external customers
- Must be able to work under pressure and meet deadlines, while maintaining a positive attitude
- Ability to respond quickly to situations and provide strong problem-solving skills
- Ability to read, write, and speak the English language in order to communicate with internal and external guests.
- Excellent diction as to be understood clearly on the telephone with a warm, friendly, welcoming and cheerful voice
- Strong administrative and computer skills including knowledge of Microsoft Office Products, specifically Word, Excel, and Teams
- Able to work flexible schedule in order to accommodate business levels.
- If Driver License acquired, must ensure safe driving and transport of supplies, and other products and must adhere to annual driver license background checks to ensure validity for driving.

Physical Requirements:

 Back     Apply



 Share ▾

> ℹ If you are unable to complete this application due to a disability, contact this employer to ask for an accommodation or an alternative application process.

# HOUSEMEN
New York, NY, US

*30+ days ago*
Requisition ID: 1081

**Salary Range:**
$18.50 To $18.50 Hourly

**Daytime & Overnight Houseman**

**Essential Duties and Responsibilities:**

- Set event rooms according to diagrams and function requirements
- Assemble and break down dance floors; maintain their cleanliness
- Place linens and skirting on tables; pin-spot tables as required
- Break down and store equipment, including tables, when not in use
- Move and organize lumber and equipment for room turns
- Clean, organize, and maintain storerooms and supply areas
- Spot clean acoustic walls and movable partitions; perform deep cleaning as needed
- Assist with general cleaning tasks throughout the venue
- Travel to other properties/venues as needed
- Operate golf carts or loading carts to transport supplies between piers (valid driver's license required)
- Support coworkers in completing assignments as directed
- Attend required meetings and training sessions
- Adhere to all timekeeping policies and procedures

**Qualifications, Skills, and Abilities:**

- High school diploma or equivalent preferred
- Prior experience in hospitality or event setup preferred
- Valid driver's license required for operating carts; must comply with annual license checks
- Must be dependable, safety-conscious, and able to follow directions

Back      Apply

 Share ▾

ⓘ If you are unable to complete this application due to a disability, contact this employer to ask for an accommodation or an alternative application process.

## Kitchen Crew Leader

Regular Full-Time                                          *30+ days ago*
New York, NY, US                                          Requisition ID: 1079

**Salary Range:**
$26.00 To $30.00 Hourly

Job Summary: Responsible for maintaining and setting up food production and quality control of all meat, fish, fowl, sauces, stocks, seasoning hors d'oeuvres and all other food items prepared in the different kitchen stations and venues.

Essential Duties and Responsibilities:

- Prepares all food items according to standard recipes to ensure consistency of product to the guest.
- Visually inspects, selects and uses only food items ideal cooking, in preparation of all menu items.
- Checks and controls the proper storage of products, monitoring age and condition of all food items to rotate and maintain highest quality.
- Keeps all refrigeration equipment, storage and working areas clean and clutter free, complying with Health department regulations.
- Reads and employs math skills to follow recipes.
- Trains newly hired prep cooks and lead cooks to meet standards laid out in job description.
- Leads and directs culinary team in the absence of a Sous Chef
- Coordinates end of shift breakdown and cleaning.
- Travel, as necessary, to different properties/venues
- Assist coworkers with completion of assignments when needed
- Keep work area clean and well organized
- Attend and participate in all scheduled meetings and training sessions.
- Perform all reasonable requests by the management team.

Back    Apply

Required Qualifications, Skills and Abilities

- Any combination of education, training or experience that provides the required knowledge, skills and abilities.
- High school diploma required.
-  Culinary or Apprenticeship program required.
- Five or more years' cooking experience required.
- Prior catering cooking experience required
- Ability to obtain any government required licenses or certificates.
- Great working knowledge of the fundamentals of the broiler, sauté, fry, roast, moist heat and other cooking methods.
- Great working knowledge of accepted standards of sanitation.
- Great knowledge of operating all kitchen equipment, i.e., stoves, ovens, broilers, steamers, kettles, etc.
- Basic mathematical skills necessary to understand recipes, measurements, requisition amounts and portion sizes.
- Ability to read, write, and speak the English language to read recipes and communicate with internal and external guests.
- Must be able to work under pressure and meet deadlines, while maintaining a positive attitude and providing exemplary customer service.
- Ability to work independently or in a team setting
- Ability to communicate effectively with Team Members, management, clients and vendors if necessary.
- Ability to obtain Food Service Sanitation certificates.
- Able to work flexible schedule to accommodate business levels.

Physical Requirements:

- Ability to safely and successfully perform the essential job functions, including meeting productivity standards.
- Ability to maintain regular, punctual attendance
- Must be able to lift and carry up to 50 lbs
- Must be able to talk, listen and speak clearly
- Ability to stand, bend, stoop on a consistent basis
- Sufficient manual dexterity of hand in order to use all kitchen equipment, i.e., knives, spoons, spatulas, tongs, slices, etc.

Other Responsibilities:

- Always practice our Fundamentals.
- Maintain professional appearance and behavior when in contact with guests and team members.
- Arrive to work in a perfect uniform and excellent hygiene
- Know and follow all Pier Sixty emergency, safety and health procedures.
- Follow policies and Procedures in training manuals and Team Member handbook
- Follow proper time keeping policies and procedures
- Follow the sign in and out procedure for keys as necessary

Copyright © 2025, ADP, Inc. All rights reserved.

Back        Apply



$\lessdot$ Share $\blacktriangledown$

ℹ️ If you are unable to complete this application due to a disability, contact this employer to ask for an accommodation or an alternative application process.

## Prep Cook (Part- Time)

Regular Part-Time
New York, NY, US

*30+ days ago*
Requisition ID: 1078

**Salary Range:**
$20.00 To $22.00 Hourly

---

**Job Summary:**  Assists cooks in the preparation of all food items for all venues.

**Essential Duties and Responsibilities:**

- Prepares all the prep work for soups, sauces, salads, vegetables and hors d'oeuvres.
- Executes assigned culinary tasks during production and events
- Stores all food in refrigerated boxes including covers, labels and dates, using the proper containers to protect against waste and spoilage.

- Travel, as necessary, to different properties/venues
- Assist coworkers with completion of assignments when needed
- Perform any general cleaning tasks, keeping work area clean and organized
- Attend and participate in all scheduled meetings and training sessions.
- Perform all reasonable requests by the management team.

Back          Apply



**Required Qualifications, Skills and Abilities**

- Culinary School degree preferred
- Must have basic knowledge of the fundamentals of cooking
- Must have basic knowledge of accepted standards of sanitation.
- Must have knowledge of operating all kitchen equipment, i.e., stoves, ovens, broilers, steamers, kettles, etc.
- Basic mathematical skills necessary to understand recipes, measurements and portion sizes.
- Ability to read and write the English language to read recipes and communicate with other team members.
- Ability to communicate effectively with Team Members, management, clients and vendors if necessary.
- Ability to obtain Food Service Sanitation certificates.
- Able to work flexible schedule to accommodate business levels.

**Physical Requirements:**

- Ability to safely and successfully perform the essential job functions, including meeting productivity standards.
- Ability to maintain regular, punctual attendance
- Must be able to lift, carry, push and pull up to 50 lbs
- Must be able to talk, listen and speak clearly
- Ability to stand, bend, stoop on a consistent basis
- Sufficient manual dexterity of hand to use all kitchen equipment, i.e., knives, spoons, spatulas, tongs, slices, etc.

**Other Responsibilities:**

- Always practice our Fundamentals
- Maintain professional appearance and behavior when in contact with guests and team members.
- Arrive to work in a perfect uniform and excellent hygiene
- Know and follow all Pier Sixty emergency, safety and health procedures.
- Follow Policies and Procedures in training manuals and Team Member handbook
- Follow proper time keeping policies and procedures
- Follow the sign in and out procedure for keys as necessary

Copyright © 2025, ADP, Inc. All rights reserved.

Powered by ADP

Back        Apply



< Share ▾

 If you are unable to complete this application due to a disability, contact this employer to ask for an accommodation or an alternative application process.

## Public Space Housekeeper/ Restroom Attendant ( Overnight)
New York, NY, US

*30+ days ago*
Requisition ID: 1077

**Salary Range:**
$18.50 To $20.50 Hourly

Job Summary: Responsible for the sanitation and cleanliness of public areas, locker rooms, key touch points, and attend to the guest rest room before, during and after an event. all while maintaining Pier Sixty's high standards of quality.

Essential Duties and Responsibilities:

- Provide a warm and friendly demeaner, cordial and attentive but not engaging in conversation
- Maintain both guest and team member restrooms. Sanitize and clean before, during and after an event
- Assist Catering Services at times with the execution of room openings and room turns
- Locate, prepare and steam linens to be ready for use to set up event space
- Maintain a clean environment for our internal and external guests at all times
- Service and clean guest Suites prior to the start of an event or the arrival of the Client show time
- During the course of an event at the request by a management, service the guest suites; otherwise prepare in advance only
- Stack the rest room hand towels to the top of the back wall of counter
- Restroom counters, sinks, floors should be neat, dry and clear of debris
- Restroom supplies should be plentiful at all times
- Fill the C-fold towel dispenser and check on levels at all times
- Refresh hand soap and sanitizer
- Maintain an appropriate amount of paper products and cleaning supplies in the cabinet's provided in restrooms. For those rooms not equip with cabinets alternate space is available
- Maintain a neat and organized look for our guests while maintaining the room's functionality
- Complete the Housekeeping cleaning sheet every time you have serviced the restroom for tracking purposes.
- Travel, as necessary, to different properties/venues.
- Perform all reasonable requests by the management team.
- Attend and participate in all scheduled meetings and training sessions.
- Follow proper time keeping policies and procedures
- Assist coworkers with completion of assignments when needed
- Perform any additional cleaning tasks as assigned
- Keep work area clean and well organized
- Attend and participate in all scheduled meetings and training sessions.
- Perform all reasonable requests by the management team.

Back        Apply

Required Qualifications, Skills and Abilities

- High School graduate or equivalent preferred
- Prior hospitality/events receiving experience preferred.
- Good verbal communication skills, including ability to effectively communicate with internal and external customers.
- Must be able to work under pressure and meet deadlines, while maintaining a positive attitude
- Must have a positive attitude about service, teamwork, and motivation to go above and beyond
- Ability to work independently or in a team setting
- Able to work flexible schedule in order to accommodate business levels.

Physical Requirements:

- Ability to safely and successfully perform the essential job functions, including meeting productivity standards.
- Ability to maintain regular, punctual attendance
- Ability to lift and carry up to 50lbs and load, unload, push, pull up to 80lbs
- Must be able to talk, listen and speak clearly
- Ability to stand, bend, stoop on a consistent basis
- Ability to work in confined spaces.
- Sufficient manual dexterity in hands in order to lift, push, pull, hold and reach supplies and equipment

Other Responsibilities:

- Maintain professional appearance and behavior when in contact with guests and team members.
- Arrive to work in a perfect uniform and excellent hygiene
- Know and follow all Pier Sixty emergency, safety and health procedures.
- Follow Policies and Procedures in training manuals and Team Member handbook,
- Follow proper time keeping policies and procedures
- Follow the sign in and out procedure for keys as necessary

Copyright © 2025, ADP, Inc. All rights reserved.

Powered by ADP

Privacy  |  Legal  |  Requirements  |  Artificial Intelligence

Back      Apply

< Share ~

> If you are unable to complete this application due to a disability, contact this employer to ask for an accommodation or an alternative application process.

# Warewasher

Regular Part-Time
New York, NY, US

*30+ days ago*
Requisition ID: 1068

**Salary Range:**
$18.00 To $18.00 Hourly

**Job Summary:** Operates dishwasher to properly clean all dishes and cooking utensils used in kitchen and event spaces. Re-stocks all supplies in the assigned areas. General kitchen cleaning duties including the cleaning and mopping of kitchen floors and trash removal. Complete event preparation side work tasks as assigned.

**Essential Duties and Responsibilities:**

- Operates dishwasher to properly clean all dishes and cooking utensils used in kitchen and all event space; to include assembling, disassembling and maintaining all kitchen equipment including kettles braisers ovens, ranges, cooktops, mixers, and food processors.
- Washes dishes and other cooking utensils. Scrubs pots. Restocks all clean glasses, silverware and plates.
- Performs all clean up duties such as sweeping and mopping floors, wiping down tables and chairs, and break down area. Cleans and dries floors for safety prevention.
- Performs general cleaning in order to stay in compliance with the Health department.
- Removes the trash from all containers, taking it to the dumpster. Breaks down boxes in the recycling area and breaks down all remining food items in the composter.
- Transports the proper equipment, supplies and food from one property to the other in a timely and proper manner to be ready for service.
- Obtains and maintains all necessary supplies from the kitchen to set up the staff meal break and break room during scheduled hours of service. This includes removing and replenishing dishware, silverware, glassware, serving utensils, paper supplies, and condiments.
- Responsible for supporting wait staff by organizing, gathering, polishing and setting necessary equipment that is essential for servicing events.
- Set up equipment stations in designated areas.
- Complete all required tasks for event preparation to include but not limited to:
  - Clean and fill salt and pepper shakers
  - Fill and set votive trays
  - Prepare coffee and creamer trays as required for event
  - Replenish and prepare sugar caddies
  - Prep and fill bread baskets as required for event
  - Polish silverware and glassware when required

- Assist coworkers with completion of assignments when needed
- Perform any general cleaning tasks
- Keep work area clean and well organized
- Attend and participate in all scheduled meetings and training sessions.
- Perform all reasonable requests by the management team

**Required Qualifications, Skills and Abilities**

- High School graduate or equivalent preferred
- No prior experience required but prior cleaning experience preferred.
- Knowledge of operating a dishwasher, floor stripper, buffer.
- Good working knowledge of standards of sanitation and cleaning
- Ability to understand directions for using cleaning products and maintaining safety and sanitation.
- Must be able to work under pressure and meet deadlines, while maintaining a positive attitude
- Must have a positive attitude about service, teamwork, and motivation to go above and beyond
- Ability to work independently or in a team setting
- Able to work flexible schedule in order to accommodate business levels.

**Physical Requirements:**

- Ability to safely and successfully perform the essential job functions, including meeting productivity standards.
- Ability to maintain regular, punctual attendance
- Must be able to lift and carry up to 50 lbs

Back    Apply