# EXHIBIT H

COBLE  PERF  NO.  DR
KG2    004042    200    GN50P    0000090199      1

## Earnings Statement

**ADP**

PIER SIXTY, LLC
PIER 60, CHELSEA  PIERS
NEW YORK, NY 10011

| | |
|---|---|
| Period Beginning: | 02/17/2025 |
| Period Ending: | 02/23/2025 |
| Pay Date: | 02/27/2025 |

Filing Status: Single/Married  filing  separately
Exemptions/Allowances:
   Federal:  Standard  Withholding  Table

**EFE  SONGUN**

| Earnings | rate | hours | this  period | year  to  date |
|---|---|---|---|---|
| Regular | 25.5000 | 27.00 | 688.50 | 2,741.25 |
| Holiday | 25.5000 | 8.00 | 204.00 | 816.00 |
| Overtime | | | | 487.69 |
| FLOAT TIME | | | | 204.00 |
| SICK DAY | | | | 204.00 |
| SPRD OF HRS | | | | 49.50 |
| Tip | | | | 33.02 |
| Vacation | | | | 739.50 |
| **Gross Pay** | | | **$892.50** | 5,274.96 |

Your federal taxable wages this period are $874.65

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Sick | 48.00 | |
| Vacation | 11.04 | |
| Totl Hrs Worked | 35.00 | |
| Er Match | | 262.11 |
| Roth | | 242.34 |
| 401K | | 85.08 |
| Nyc Bal | | 16.20 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -65.75 | 394.21 |
| | Social Security Tax | -55.34 | 327.05 |
| | Medicare Tax | -12.94 | 76.49 |
| | NY State Income Tax | -37.12 | 208.97 |
| | New York Cit Income Tax | -27.42 | 155.44 |
| | NY SDI Tax | -0.60 | 4.20 |
| | NY Paid Family Leave Ins | -3.46 | 20.46 |
| | **Other** | | |
| | 401K Plan | -17.85* | 85.08 |
| | 401K Roth | -44.63 | 242.34 |
| | **Net Pay** | **$627.39** | |
| | Checking | -627.39 | |
| | **Net Check** | **$0.00** | |

### Important Notes
YOUR  COMPANY'S  PHONE  NUMBER  IS  212-336-6060

BASIS OF PAY: HOURLY

### Additional Tax Withholding Information
Taxable  Marital  Status:
   NY:                              Single
   New York Cit:   Single
Exemptions/Allowances:
   NY:                              0
   New York Cit:   0

\* Excluded from federal taxable wages

© 2000 ADP, Inc.

---

PIER SIXTY, LLC
PIER 60, CHELSEA  PIERS
NEW YORK, NY 10011

| | |
|---|---|
| Advice number: | 00000090199 |
| Pay date: | 02/27/2025 |



| Deposited  to the account  of | account  number | transit  ABA | amount |
|---|---|---|---|
| EFE  SONGUN | | XXXX  XXXX | $627.39 |

**NON-NEGOTIABLE**

COMPANY CODE    LOC. DEPT    NO.    CLOCK    NUMBER
KG2    004042    200    GN50P    0000170200    1

# Earnings Statement

**ADP®**

PIER SIXTY, LLC
PIER 60, CHELSEA PIERS
NEW YORK, NY 10011

| | |
|---|---|
| Period Beginning: | 04/14/2025 |
| Period Ending: | 04/20/2025 |
| Pay Date: | 04/24/2025 |

Filing Status: Single/Married  filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

**EFE SONGUN**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 25.5000 | 34.50 | 879.75 | 10,359.38 |
| SPRD OF HRS | | | 33.00 | 198.00 |
| Overtime | | | | 3,213.00 |
| FLOAT TIME | | | | 408.00 |
| Holiday | | | | 816.00 |
| SICK DAY | | | | 612.00 |
| Tip | | | | 54.17 |
| Training | | | | 165.00 |
| Vacation | | | | 739.50 |
| **Gross Pay** | | | **$912.75** | 16,565.05 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -65.95 | 1,590.24 |
| | Social Security Tax | -56.59 | 1,027.03 |
| | Medicare Tax | -13.23 | 240.19 |
| | NY State Income Tax | -37.20 | 727.00 |
| | New York Cit Income Tax | -27.48 | 542.63 |
| | NY SDI Tax | -0.60 | 9.00 |
| | NY Paid Family Leave Ins | -3.54 | 64.25 |
| | **Other** | | |
| | 401K Plan | -36.51* | 375.34 |
| | 401K Roth | -54.77 | 830.61 |
| | **Net Pay** | **$616.88** | |
| | Checking | -616.88 | |
| | **Net Check** | **$0.00** | |

**\* Excluded from federal taxable wages**
  Your federal taxable wages this period are $876.24

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Sick | 32.00 | |
| Vacation | 23.36 | |
| Totl Hrs Worked | 34.50 | |
| Er Match | | 825.60 |
| Roth | | 830.61 |
| 401K | | 375.34 |
| Nyc Bal | | 16.20 |

**Important Notes**

YOUR COMPANY'S PHONE NUMBER IS 212-336-6060

BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**

Taxable Marital Status:
  NY:    Single
  New York Cit:  Single
Exemptions/Allowances:
  NY:    0
  New York Cit:  0

© 2000 ADP, Inc.

PIER SIXTY, LLC
PIER 60, CHELSEA PIERS
NEW YORK, NY 10011

| | |
|---|---|
| Advice number: | 00000170200 |
| Pay date: | 04/24/2025 |



| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| EFE SONGUN | | XXXX XXXX | $616.88 |

**NON-NEGOTIABLE**

COMPANY CODE   LOC/DEPT   CLOCK   NO.   Document
KG2   004042   200   GN50P   0000210231   1



# Earnings Statement

PIER SIXTY, LLC
PIER 60, CHELSEA PIERS
NEW YORK, NY 10011

| | |
|---|---|
| Period Beginning: | 05/12/2025 |
| Period Ending: | 05/18/2025 |
| Pay Date: | 05/22/2025 |

Filing Status: Single/Married  filing separately
Exemptions/Allowances:
   Federal: Standard  Withholding  Table

**EFE  SONGUN**

| Earnings | rate | hours | this  period | year  to  date |
|---|---|---|---|---|
| Regular | 25.5000 | 40.00 | 1,020.00 | 14,439.38 |
| Overtime | 38.2500 | 18.50 | 707.63 | 7,038.01 |
| SICK DAY | 25.5000 | 8.00 | 204.00 | 816.00 |
| SPRD OF HRS | | | 33.00 | 379.50 |
| FLOAT TIME | | | | 408.00 |
| Holiday | | | | 816.00 |
| Tip | | | | 254.17 |
| Training | | | | 165.00 |
| Vacation | | | | 739.50 |
| **Gross Pay** | | | **$1,964.63** | 25,055.56 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -253.66 | 2,734.57 |
| | Social Security Tax | -121.80 | 1,553.44 |
| | Medicare Tax | -28.49 | 363.31 |
| | NY State Income Tax | -93.70 | 1,146.17 |
| | New York Cit Income Tax | -70.03 | 846.76 |
| | NY SDI Tax | -0.60 | 11.40 |
| | NY Paid Family Leave Ins | -7.62 | 97.18 |
| | **Other** | | |
| | 401K Plan | -78.59* | 706.97 |
| | 401K Roth | -117.88 | 1,328.04 |
| | **Net Pay** | **$1,192.26** | |
| | Checking | -1,192.26 | |
| | **Net Check** | **$0.00** | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are
$1,886.04

| Other Benefits  and Information | this  period | total  to  date |
|---|---|---|
| Sick | 24.00 | |
| Vacation | 29.52 | |
| Totl Hrs Worked | 66.50 | |
| Er Match | | 1,240.14 |
| Roth | | 1,328.04 |
| 401K | | 706.97 |
| Nyc Bal | | 16.20 |

**Important  Notes**

YOUR  COMPANY'S  PHONE  NUMBER  IS  212-336-6060

BASIS OF PAY: HOURLY

**Additional  Tax  Withholding  Information**

Taxable  Marital  Status:
   NY:                          Single
   New York Cit:        Single
Exemptions/Allowances:
   NY:                          0
   New York Cit:        0

© 2000 ADP, Inc.

---

PIER SIXTY, LLC
PIER 60, CHELSEA PIERS
NEW YORK, NY 10011

| | |
|---|---|
| Advice number: | 00000210231 |
| Pay date: | 05/22/2025 |



| Deposited  to  the  account  of | account  number | transit  ABA | amount |
|---|---|---|---|
| EFE  SONGUN | | XXXX  XXXX | $1,192.26 |

THIS IS NOT A CHECK

# NON-NEGOTIABLE

CO▮▮▮▮▮▮▮▮▮ NO. ▮▮▮▮
KG2    004042    200    GN50P    0000250198    1

# Earnings Statement

**ADP**

PIER SIXTY, LLC
PIER 60, CHELSEA PIERS
NEW YORK, NY 10011

| | |
|---|---|
| Period Beginning: | 06/09/2025 |
| Period Ending: | 06/15/2025 |
| Pay Date: | 06/18/2025 |

Filing Status: Single/Married   filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

**EFE SONGUN**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 26.3900 | 23.75 | 626.76 | 18,232.94 |
| SPRD OF HRS | | | 16.50 | 478.50 |
| Vacation | 26.3900 | 16.00 | 422.24 | 1,161.74 |
| Overtime | | | | 8,463.07 |
| FLOAT TIME | | | | 408.00 |
| Holiday | | | | 1,027.12 |
| Retroactive | | | | 367.78 |
| SICK DAY | | | | 1,027.12 |
| Tip | | | | 396.17 |
| Training | | | | 165.00 |
| **Gross Pay** | | | **$1,065.50** | 31,727.44 |

| Deductions | Statutory | | | |
|---|---|---|---|---|
| | Federal Income Tax | -83.54 | 3,515.24 | |
| | Social Security Tax | -66.06 | 1,967.10 | |
| | Medicare Tax | -15.45 | 460.05 | |
| | NY State Income Tax | -45.27 | 1,457.72 | |
| | New York Cit Income Tax | -33.57 | 1,078.10 | |
| | NY SDI Tax | -0.60 | 13.80 | |
| | NY Paid Family Leave Ins | -4.13 | 123.06 | |
| | **Other** | | | |
| | 401K Plan | -42.62* | 968.15 | |
| | 401K Roth | -63.93 | 1,719.84 | |
| | **Net Pay** | | **$710.33** | |
| | Checking | -710.33 | | |
| | **Net Check** | | **$0.00** | |

**\* Excluded from federal taxable wages**

Your federal taxable wages this period are
$1,022.88

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Sick | 16.00 | |
| Vacation | 35.68 | |
| Totl Hrs Worked | 39.75 | |
| Er Match | | 1,566.65 |
| Roth | | 1,719.84 |
| 401K | | 968.15 |
| Nyc Bal | | 16.20 |

**Important Notes**

YOUR COMPANY'S PHONE NUMBER IS 212-336-6060

BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**

Taxable Marital Status:
  NY:                 Single
  New York Cit:   Single
Exemptions/Allowances:
  NY:                 0
  New York Cit:   0

© 2000 ADP, Inc.

PIER SIXTY, LLC
PIER 60, CHELSEA PIERS
NEW YORK, NY 10011

| | |
|---|---|
| Advice number: | 00000250198 |
| Pay date: | 06/18/2025 |



| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| EFE SONGUN | ▮▮▮▮▮ | XXXX XXXX | $710.33 |

**NON-NEGOTIABLE**

THIS IS NOT A CHECK