# EXHIBIT I

Case 1:25-cv-10524-KPF    Document 1-9    Filed 12/18/25    Page 2 of 4



### THE
# PIER SIXTY
## COLLECTION
PIER SIXTY | THE LIGHTHOUSE | CURRENT

MENU

HOME ▸ EVENTS ▸ VENDORS

**OUR FAVORITE PARTNERS**

# RECOMMENDED VENDORS

Please mention The Pier Sixty Collection when contacting the following vendors for select attention.

## AUCTIONEER

### CHARLES ANTIN

☎ 917.232.4997

▢ charlesantin.com⬈

### PAT TULLY

☎ 917.292.8910

▢ pattullyinc.com⬈

## AUDIO VISUAL & LIGHTING - EXCLUSIVE IN-HOUSE PARTNER

**KVL AUDIO VISUAL & LIGHTING**

☎ 212.336.6006

▭ kvlatpiersixty.com↗

## DECALS AND SPECIAL EVENT BRANDING - EXCLUSIVE PARTNERS

**ATLAS PRINT SOLUTIONS (CORPORATE/NON-PROFIT EVENTS)**

☎ 212.949.8775

▭ atlasprintsolutions.com↗

**C 2 IMAGING (CORPORATE/NON-PROFIT EVENTS)**

☎ 917.558.4987

▭ www.c2imaging.com↗

**BOMBSHELL GRAPHICS (SOCIAL EVENTS)**

☎ 862.210.8408

▭ www.BombshellGraphics.com↗

## FLORAL DESIGNERS (REQUIRED)

**DAMSELFLY DESIGNS**

☎ 914.533.6500

▭ damselflydesigns.net/home↗

**EXTRAORDINARY PRODUCTIONS**

☎ 973.467.1637

▭ extraordinaryproductionsnj.com↗

**FLEURS NYC**

☎ 646.436.6420

▭ fleursnyc.com↗

**FLEURISH BY MARC ELIOT**

☎ 212.920.9516

▭ fleurishnyc.com↗

**FOREVER IN BLOOM**

☎ 914.241.1963

▭ foreverinbloomonline.com↗



NFERREIRA@KVLAV.COM    212-336-6006

## Over 40 Years of Industry Experience

## EXCLUSIVE AUDIO VIDEO AND LIGHTING PARTNER FOR

PIER SIXTY | THE LIGHTHOUSE | CURRENT

KVL is the exclusive Audio Video and Lighting provider for Pier Sixty, The Lighthouse and Current. Specializing in Galas & Fundraisers, Meetings & Conferences and Special Occasions. For social events we are the only recommended AV provider.



1/4