# EXHIBIT J

Case 1:25-cv-10524-KPF    Document 1-10    Filed 12/18/25    Page 2 of 3



THE
PIER SIXTY
COLLECTION

PIER SIXTY | THE LIGHTHOUSE | CURRENT

MENU

HOME ▸ MENUS

A TRUE CULINARY EXPERIENCE

# MENUS

To create an event that truly reflects your vision, our team is dedicated to designing a menu that offers an unforgettable experience for you and your guests.

Case 1:25-cv-10524-KPF     Document 1-10     Filed 12/18/25     Page 3 of 3



MEETING MENU



RECEPTION MENU



STATIONS & CARTS



PLATED LUNCH & DINNER