# EXHIBIT K



Q ⑦ Pricing  Log in  Join



# The Pier Sixty Collection

 New York, NY, USA

Located within New York's iconic Chelsea Piers, The Pier Sixty Collection offers three alluring waterfront venues — each with sweeping views — that are home to some of Manhattan's most influential and notable events.

With a particular expertise in event management and execution, our team works alongside each client to provide a seamless event experience from start to finish. Our renowned culinary team lead by Executive Chef Matt Tiscornia provides seasonal and innovative menus and engaging presentations.

✉ events@piersixty.com

🔗 https://www.piersixty.com  ⓘ @thepiersixtycollection  f @piersixty  in @pier-sixty-llc





Case 1:25-cv-10524-KPF Document 1-11 Filed 12/18/25 Page 5 of 13



‹  **thepiersixtycollection**

 **thepiersixtycollection** ☑ •••

Follow    Message    +♙

**The Pier Sixty Collection**
Performance & Event Venue
Discover a mesmerizing waterfront destination where imagination meets extraordinary events. Elevate your celebrations & create unforgettable memories
Pier 59/60/61 Chelsea Piers, New York, New York 10011
ⓕ **The Pier Sixty Collection and 4 more**

          

Our team   2025 Brea...   2025 Mixo...   2025 Hors...   2025 App...   2025 Entr...   2025 Dess...   2025 Carts   2025 Sips ...   Culinary   Sustain

**2,260**
posts

**6,121**
followers

**1,849**
following

        



     



Case 1:25-cv-10524-KPF    Document 1-11    Filed 12/18/25    Page 7 of 13



10/14/25, 2:29 PM
The Pier Sixty Collection (@thepiersixtycollection) • Instagram photos and videos
Case 1:25-cv-10524-KPF    Document 1-11    Filed 12/18/25    Page 8 of 13



         



# The Pier Sixty Collection ✔

2.5K followers • 318 following

🔗 Contact us    💬 Message    ➕ Follow

**Posts**    About    Mentions    Reviews    Reels    Photos    More ▾    •••

## Intro

Located within Chelsea Piers, The Pier Sixty Collection offers three alluring waterfront venues.

ⓘ **Page** · Event Space

📍 Pier 60, Chelsea Piers, New York, NY, United States, New York

📞 (212) 336-6060

✉️ events@piersixty.com

📷 thepiersixtycollection · 6.1K followers
Confirmed link





## The Pier Sixty Collection's Post



**The Pier Sixty Collection** ✔ is at **The Lighthouse**.
20h · New York · 🌐

Two beautiful brides, one unforgettable celebration ✨🪭
Love filled every moment at The Lighthouse, where sweeping Hudson River views set the scene for a night of pure joy, dancing, and incredible memories.

venue: @thepiersixtycollection
decor: @visionsdecor
photography: @andremaierphoto

**#loveislove #nycwedding #samesexwedding #thelighthousepsc #thepiersixtycollection**








Write a comment...

    



## The Pier Sixty Collection's Post    ✕

 **The Pier Sixty Collection** ✔ is at **Pier Sixty, Chelsea Piers**.    •••
October 6 at 6:05 PM · New York · 🌐

✨ An unforgettable night at Pier Sixty with the incomparable @oprah, joining @literacypartners to celebrate and support the power of reading.

Thank you, Oprah, for making us think, for inspiring conversations about topics once considered taboo, and for helping audiences everywhere grow, question, and become better.

#PierSixtyCollection #PierSixtyNYC #Gala #BenefitGala #NYCEvents #chelseapiersevents

 Write a comment...

    



## The Pier Sixty Collection's Post

**The Pier Sixty Collection** ✔ is at **Current, Pier 59**.
September 11 · New York · 🌐

Golden hour on the Hudson, city lights in the distance, and a love story that lit up Current. 💫 Congratulations Mariela & Chris!

Venue: @thepiersixtycollection
Photography: @naturalexpressionsny

#currentnyc #piersixtycollection #chelseapiers #nycwedding #nycbride #nycweddingvenue #justmarried #weddinginspiration



Write a comment...

      



Case 1:25-cv-10524-KPF    Document 1-11    Filed 12/18/25    Page 13 of 13



We are **Hiring!**

# The Pier Sixty Collection ⊘

Located within New York's iconic Chelsea Piers, The Pier Sixty Collection offers three alluring waterfront venues.

Events Services · New York, New York · 3K followers · 201-500 employees

**+ Follow**    **◀ Message**    **···**

**Home**    About    Posts    Jobs    People

## Overview

THREE Venues, ONE Elevated Experience Located within New York's iconic Chelsea Piers, The Pier Sixty Collection offers three alluring waterfront venues — each with sweeping views — that are home to some of Manhattan's most influential and notable events. With a particular expertise in event managem ... see more

Show all details →

## Page posts    ‹ ›

**The Pier Sixty Collection** ···
3,000 followers
2w · 🌐

Happy HR Professionals Day!

Today, we celebrate the heart of our  ...more

👍 7 · 1 repost

**The Pier Sixty**
3,000 followers
1mo · 🌐

Best way to start the weel
hires. #newhireorientatic

👍 7 · 1 comment