**CONSENT TO SUE UNDER
THE FAIR LABOR STANDARDS ACT**

I, Efe Songun _____, am an individual

formerly employed by Peir Sixty LLC _____

(together, including any successors, affiliates or related entities, "Defendants"). I

consent to be a plaintiff in an action to collect unpaid compensation against

Defendants.

By: _____
Efe Songun (Aug 18, 2025 09:06:12 EDT)

Date: 08/18/2025

Name:  Efe Songun