20251219112513

| AO 440 (Rev. 06/12) Summons in a Civil Action | RETURN OF SERVICE |
|---|---|

SERVICE OF:
EFFECTED (1) BY ME:
TITLE:

SUMMONS AND CLASS AND COLLECTIVE ACTION COMPLAINT, PRAYER FOR RELIEF, EXHIBITS, $40.00 FEE

_Angela Ray_
PROCESS SERVER

DATE: 12/22/25

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant

PIER SIXTY, LLC D/B/A PIER 60 D/B/A THE LIGHTHOUSE D/B/A CURRENT, C/O NEW YORK SECRETARY OF STATE

Place where served:

ONE COMMERCE PLAZA  99 WASHINGTON AVENUE  ALBANY  NY  12231

[✓] Left copies thereof at the defendant's dwelling house or place of business with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

_Tahim Hafiz - Office Asst. 1_

Relationship to defendant

Description of Person Accepting Service:

SEX: _M_  AGE: _60_  HEIGHT: _5'9"_  WEIGHT: _170lb_  SKIN: _Hisp._  HAIR: _Brown_  OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

### STATEMENT OF SERVER

TRAVEL$ _____.____          SERVICES $_____.____          TOTAL $_____.____

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

Docusign Court Approved E-Signature

DATE: 12 /22 /2025

_____ L.S.

SIGNATURE OF _Angela Roy_
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

ATTORNEY:    C.K. LEE, ESQ.
PLAINTIFF:    EFE SONGUN, ON BEHALF OF HIMSELF, FLSA COLLECTIVE PLAINTIFFS, AND
DEFENDANT:    THE CLASS
VENUE:    PIER SIXTY, LLC D/B/A PIER 60 D/B/A THE LIGHTHOUSE D/B/A CURRENT, ET AL
DOCKET:    DISTRICT
COMMENT:    1 25 CV 10524