# LEE LITIGATION GROUP, PLLC

148 WEST 24TH STREET, EIGHTH FLOOR
NEW YORK, NY 10011
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:       212-465-1188
                       cklee@leelitigation.com

March 3, 2026

**Via ECF**

Honorable Katherine Polk Failla, U.S.D.J.
United States District Court
Thurgood Marshall U.S. Courthouse
40 Foley Square, Room 2103
New York, NY 10007



Re:   *Efe Songun v. Pier Sixty LLC et al.*
      Case No. 25-cv-10524-KPF

Dear Judge Failla:

We represent Plaintiff in the above-referenced matter. We write jointly with counsel for Defendants to request (i) a two-week adjournment of the initial conference currently scheduled for March 11, 2026, and (ii) an equal extension of time for Plaintiff to respond to Defendants' pending pre-motion letter seeking partial dismissal and a stay of the case ("Defendants' Letter"), a response to which is currently due March 3, 2026.

The parties are making this joint request as they are currently discussing next steps in this litigation, including the potential use of alternative dispute resolution (ADR) mechanisms to resolve or narrow the issues in dispute. The parties believe that a brief adjournment will allow them to further these discussions and potentially conserve judicial resources.

This is the first request for an adjournment of the initial conference and an extension of Plaintiff's response deadline.  In view of the foregoing, the parties respectfully request that Plaintiff's deadline to respond to Defendants' Letter be extended until and including March 25, 2026, and that the Court also adjourn the Initial Conference until March 25, 2026, or to a later date, if more convenient for the Court.

We thank the Court for its consideration in this matter.

Respectfully submitted,

*/s/ C.K. Lee*

The Court has reviewed Defendants' letter seeking a pre-motion conference regarding an anticipated motion to dismiss in part and stay (Dkt. #16), as well as the parties' above joint request to adjourn (i) the currently scheduled Initial Pretrial Conference and (ii) Plaintiff's time to respond to Defendants' letter (Dkt. #17).  Each request included in those submissions is GRANTED.

The Initial Pretrial Conference currently scheduled for March 11, 2026, is hereby converted into a pre-motion conference and ADJOURNED to **April 6, 2026,** at **10:00 a.m.**  As before, the conference will take place telephonically.  At the scheduled time, the parties shall call (855) 244-8681 and enter access code 2315 780 7370.

Plaintiff shall file his response to Defendants' pre-motion letter on or before **March 17, 2026.**

The Clerk of Court is directed to terminate the pending motions at docket entries 16 and 17.

Dated:    March 4, 2026            SO ORDERED.
          New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE