

Jackson Lewis P.C.
666 Third Avenue
New York NY 10017-4030
(212) 545-4020 Direct
(212) 972-3213 Fax
Douglas.Klein@jacksonlewis.com

March 24, 2026

**VIA ECF**
Honorable Katherine Polk Failla
United States District Court, S.D.N.Y.
Thurgood Marshall U.S. Courthouse
40 Foley Square, Room 2103
New York, NY 10007



Re:     **Efe Songun v. Pier Sixty LLC et al.**
        **Case No. 25-cv-10524-KPF**

Dear Judge Failla:

We represent Defendants Pier Sixty LLC ("Pier Sixty") and Paul Gallen (collectively, "Defendants") in the above-referenced matter. Pursuant to Rule 2.C.i. of Your Honor's Individual Rules of Practice in Civil Cases, we write to request an adjournment of the telephonic pre-motion conference scheduled in this case for April 6, 2026, at 10:00 A.M. (See Dkt. No. 18.) I have a previously scheduled personal travel outside New York the week of April 6, 2026. As such, we respectfully request an adjournment of the April 6, 2026, pre-motion conference to a date and time convenient for the Court on or after April 13, 2026.

This is Defendants' first request for an adjournment of the April 6, 2026, pre-motion conference. The parties previously jointly requested a two-week adjournment of the Initial Pretrial Conference in order to discuss potential resolution. That request was granted, and the Court converted the Initial Pretrial Conference into the April 6, 2026, pre-motion conference in light of Defendants' pending motion to dismiss in part and stay. (See Dkt No. 16.) Plaintiff consents to Defendants' request. No other deadlines are affected by this request.

We thank the Court for its consideration of this request.

Respectfully submitted,

JACKSON LEWIS P.C.

*/s/ Douglas J. Klein*
Douglas J. Klein

cc: All Counsel of Record (via ECF)

Application GRANTED.  The pre-motion conference currently scheduled for April 6, 2026, is hereby ADJOURNED to **April 24, 2026,** at **4:30 p.m.**  As before, the conference will take place telephonically. At the scheduled time, the parties shall call (855) 244-8681 and enter access code 2315 780 7370.

The Clerk of Court is directed to terminate the pending motion at docket entry 20.

Dated:      March 25, 2026          SO ORDERED.
            New York, New York


                                    HON. KATHERINE POLK FAILLA
                                    UNITED STATES DISTRICT JUDGE