# LEE LITIGATION GROUP, PLLC

148 WEST 24TH STREET, EIGHTH FLOOR
NEW YORK, NY 10011
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:    212-465-1188
                    cklee@leelitigation.com

April 16, 2026

**Via ECF**

Honorable Katherine Polk Failla, U.S.D.J.
United States District Court
Thurgood Marshall U.S. Courthouse
40 Foley Square, Room 2103
New York, NY 10007

Re:    *Efe Songun v. Pier Sixty LLC et al.*
       Case No. 25-cv-10524-KPF

Dear Judge Failla:

We represent Plaintiff Efe Songun ("Plaintiff") in the above-referenced matter. We write in advance of this matter's April 27, 2026, conference to supplement Plaintiff's March 17, 2026, letter opposing the stay requested by Defendants.

As the Court is aware, Defendants have requested that the instant case be stayed pending the resolution of claims found in a State Court proceeding titled the *Shahani v. Pier Sixty LLC et al.* (Index No. 606001/2025) ("*Shahani*"). Plaintiff opposed that stay as, among other reasons, (i) the Summons in the *Shahani* matter has not been served (despite a year passing since its filing), and (ii) no Complaint was ever filed (again, despite over year elapsing since the matter's commencement by Summons).

Plaintiff writes to update the Court that the *Shahani* matter has been "disposed" by the New York State Court, likely due to a lack of any prosecution.



For all the reasons outlined in Plaintiff's original opposition letter and for this new additional reason—the disposal of the *Shahani* action by the State Court—Defendants' motion must be denied.

Respectfully submitted,

*/s/ C.K. Lee*