**JacksonLewis**

Jackson Lewis P.C.
666 Third Avenue
New York NY 10017-4030
(212) 545-4020 Direct
(212) 972-3213 Fax
Douglas.Klein@jacksonlewis.com

April 22, 2026

**VIA ECF**
Honorable Katherine Polk Failla
United States District Court, S.D.N.Y.
Thurgood Marshall U.S. Courthouse
40 Foley Square, Room 2103
New York, NY 10007

Re:    **Efe Songun v. Pier Sixty LLC et al.**
       **Case No. 25-cv-10524-KPF**

Dear Judge Failla:

We represent Defendants Pier Sixty LLC and Paul Gallen (collectively, "Defendants") in the above-referenced matter. We write in response to Plaintiff's April 16, 2026, supplemental letter to the Court opposing Defendants' motion for a stay.[1] Defendants have not been able to discern the reason for the change in the NYSCEF case status of *Shahani v. Pier Sixty LLC*, Index No. 606001/2025 (Sup. Ct. Nassau Cnty. 2025) to "Disposed." There have been no Orders issued in the case.

Nonetheless, the Parties in *Shahani* have been in contact about the case and had discussions about the case as recently as April 15, 2026. Defendants expect movement in the case soon. Once Defendants learned the NYSCEF case status indicated "Disposed," Defendants wrote to the court in *Shahani* to inform the court of the status of the matter. (*See* Ex. A). For this reason and all of the reasons set forth in Defendants' February 26, 2026, letter to the Court (Dkt. No. 16), a stay of this case is appropriate.

Respectfully submitted,

JACKSON LEWIS P.C.

*/s/ Douglas J. Klein*
Douglas J. Klein
Alexander Deutsch

cc: All Counsel of Record (via ECF)

---

[1] Plaintiff previously filed a letter to the Court opposing Defendants' motion for a stay on March 17, 2026 (Dkt No. 19.) The Court's Individual Rules of Practice in Civil Cases do not provide for supplemental letters. Regardless, so the record before the Court is accurate, we believe it is appropriate to respond and appreciate the Court's attention to this submission.

# Exhibit A

# JacksonLewis

**Jackson Lewis P.C.**
666 Third Avenue
New York NY 10017-4030
(212) 545-4020 Direct
(212) 972-3213 Fax
Douglas.Klein@jacksonlewis.com

April 22, 2026

**<u>VIA NYSCEF</u>**
Hon. Denise L. Sher
Justice of the Supreme Court
New York Supreme Court, Nassau County
100 Supreme Court Drive
Mineola, New York 11501

Re: **Shahani v. Pier Sixty LLC**
   **<u>Index No. 606001/2025</u>**

Dear Justice Sher:

   We represent Defendants Pier Sixty LLC and Paul Gallen in the above-captioned matter. It has come to our attention that the "Case Status" of this matter on NYSCEF has been changed to "Disposed." We have not been able to discern the reason for this change—we assume it was administrative—although we do not see any Orders from the Court on the docket.

   We write to apprise the Court that the Parties previously entered into a stipulation and tolling agreement concerning the eventual filing of a Complaint. The Parties have been in contact about this matter generally and have had discussions about it as recently as April 15, 2026.

   While we do not wish to burden the Court's docket, we wanted the Court to be aware of the above, again, in light of the "Disposed" designation on NYSCEF. We expect movement on this case in the near future.

       Respectfully submitted,

       JACKSON LEWIS P.C.

       */s/ Douglas J. Klein*
       Douglas J. Klein
       Alexander Deutsch

cc: All Counsel of Record