**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

EFE SONGUN, *on behalf of himself, FLSA*
*Collective Plaintiffs, and the Class,*

Case No. 1:25-cv-10524-KPF

                Plaintiff,

**NOTICE OF MOTION TO STAY**
**PLAINTIFF'S COMPLAINT**

      v.

PIER SIXTY LLC
      d/b/a PIER 60
      d/b/a THE LIGHTHOUSE
      d/b/a CURRENT, and
PAUL GALLEN,

                Defendants.

**PLEASE TAKE NOTICE** that, upon the accompanying Affirmation of Douglas J. Klein, including the exhibit annexed thereto, and upon the accompanying Memorandum of Law in Support, Defendants Pier Sixty LLC ("Pier Sixty") and Paul Gallen (collectively, "Defendants"), by and through their attorneys, Jackson Lewis P.C., will move this Court, before the Honorable Katherine Polk Failla, at the United States District Court for the Southern District of New York, Thurgood Marshall United State Courthouse, 40 Foley Square, New York, New York 10007, on a date and time to be determined by the Court, for an Order staying Plaintiff's Complaint, and granting such other and further relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Court's April 24, 2026 Order, Plaintiff shall file opposition papers, if any, on or before June 19, 2026, and Defendants shall file reply papers, if any, on or before July 8, 2026.

Respectfully submitted,

JACKSON LEWIS P.C.
666 Third Avenue, 28th Floor
New York, New York 10017
(212) 545-4000

Dated: May 29, 2026          By:     */s/ Douglas J. Klein*
      New York, New York          Douglas J. Klein
                                       Alexander Deutsch

                                       ATTORNEYS FOR DEFENDANTS